IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00220-MSK-01

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

STEPHEN FORREST OGDEN

      Defendant.

---

## ORDER CONTINUING TERM OF SUPERVISED RELEASE

---

      This matter comes before the Court on a report from the probation officer that defendant violated conditions of his supervised release.  On November 22, 2011, defendant admitted to alleged violations 1 through 5 in the probation officer's petition.

      ORDERED that the defendant's supervision be continued and that the terms of defendant's supervised release are amended to require as a condition that defendant participate in the program he has selected, the Lawrence Street Shelter Denver Rescue Mission program and abide by every rule they have and that he not leave their facility without prior notification to his probation officer.  These conditions are in amplification of the current restrictions and conditions in place for defendant's supervised release.

      DATED this 2nd day of December, 2011.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge